UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **RONNIE EUGENE WARNER** | * | **CIVIL ACTION NO. 11-0622** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **OWNER, LOUISIANA CORRECTIONAL SERVICES, INC.** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation [Rec. Doc. 7]. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that plaintiff's request for the issuance of a Preliminary Injunctive Relief [Rec.Doc. 6] is **DENIED.**

Lafayette, Louisiana, this 5th day of July, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE