UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE  DIVISION

| | |
|---|---|
| **RONNIE EUGENE WARNER**<br>    **LA. DOC #547592**<br>VS. | **CIVIL ACTION NO. 6:11-cv-0622**<br><br>**SECTION P** |
| **OWNER, LOUISIANA CORRECTIONAL SERVICES, INC.** | **JUDGE TUCKER L. MELANÇON**<br><br>**MAGISTRATE JUDGE HILL** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Rec. Doc. 13],  noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is

**ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED** in Lafayette,  Louisiana, on this 29th day September, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE